Argued May 19, affirmed May 19, 1971

STATE OF OREGON, *Respondent, v.*
LeROY ALBERT, *Appellant.*

484 P2d 1128

*Jack E. Collier,* Portland, argued the cause and filed the brief for appellant.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

AFFIRMED FROM THE BENCH.